IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jane Doe, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 3:25-cv-00266-MPK |
| | : |
| United States of America; GEO Group, Inc.; | : Re: ECF No. 4 |
| Mark Melhorn; and M. Koegler, | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, this 29th day of August, 2025, upon consideration of Plaintiff's Motion for Leave to Proceed Under Pseudonym, **IT IS ORDERED** that the motion is **GRANTED** as follows:

1. Plaintiff may proceed in this matter under pseudonym; and

2. The parties shall submit pleadings, briefing, and evidence using the pseudonym Jane Doe instead of Plaintiff's real name and other personally identifying information.

**IT IS FURTHER ORDERED** that, because this motion was addressed prior to service on Defendants, the Court will permit Defendants to seek reconsideration of this Order within 30 days of the date on which the Complaint has been served on all defendants.

BY THE COURT:

_____
MAUREEN P. KELLY
U.S. MAGISTRATE JUDGE