## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jane Doe,                                      :
                                               :
                Plaintiff,      :
                                               :
        v.                   :         No. 3:25-cv-00266-MPK
                                               :
United States of America; GEO Group, Inc.;     :         Re: ECF No. 7
Mark Melhorn; and M. Koegler,                  :
                                               :
               Defendants.     :
                                               :

### Order  Granting Motion for Admission *Pro Hac Vice* of Trina Realmuto

**AND NOW**, this ___4th___ day of ___September___, 2025, upon consideration

of Plaintiff's Motion for Admission *Pro Hac Vice* of Trina Realmuto and affidavit in support

thereof, **IT IS ORDERED** that the motion is **GRANTED** and Trina Realmuto is hereby

admitted to appear and to practice in this Court as counsel pro hac vice for Plaintiff Jane Doe in

the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's

Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).


                        **BY THE COURT:**

                        **MAUREEN P. KELLY**
                        **U.S. MAGISTRATE JUDGE**