# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: CERTAIN MATTERS PENDING )
BEFORE THE UNITED STATES DISTRICT ) Misc. No. 25-mc-1098
COURT FOR THE WESTERN DISTRICT )
OF PENNSYLVANIA RELATIVE TO THE ) Chief Judge Mark R. Hornak
LAPSE OF APPROPRIATIONS OF )
OCTOBER 1, 2025 )

## ORDER

AND NOW this 14th day of November, 2025, upon consideration of the Notice of Resumption of Operations notifying the Court of the cessation in the 43-day lapse of certain appropriations to the Department of Justice, and notifying the Court that attorneys and employees of the United States Attorney's Office for the Western District of Pennsylvania who were placed on furlough status during that time have reported to work and resumed their normal duties as of Thursday, November 13, 2025,

IT IS HEREBY ORDERED THAT the Court's October 3, 2025 Order granting the Omnibus Motion of the United States for a Stay of Miscellaneous Civil Actions in Light of the Lapse in Appropriations, and staying certain civil matters in which the United States is a party, and in which the interests of the United States are represented by the United States Attorney for this District or the United States Department of Justice as counsel of record, is VACATED,

IT IS FURTHER ORDERED THAT the stay of such civil matters is LIFTED effective as of Monday, November 17, 2025,

IT IS FURTHER ORDERED THAT counsel for the United States shall promptly file proposed amended scheduling or other Orders to reflect the adjustment of such dates by either the duration of the lapse in appropriations, or as are otherwise necessary or appropriate.

/s/ *Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge