IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE | : |
| | : |
| | : NO.: 3:25-CV-00266-MPK |
| v. | : |
| | : |
| | : |
| UNITED STATES OF AMERICA, ET AL. | : |

**ORDER APPROVING STIPULATION**

AND NOW, the parties, through their respective counsel, hereby STIPULATE and AGREE that Defendants, GEO Secure Services, LLC, Mark Melhorn, and M. Koegler have an additional fourteen (14) days, until Friday, December 12, 2025 to answer or otherwise respond to Plaintiff's Amended Complaint.

/s/*Jonathan H. Feinberg*
JONATHAN H. FEINBERG
ATTORNEY FOR PLAINTIFF

/s/ *Matthew H. Fry*
MATTHEW H. FRY, ESQUIRE
ATTORNEY FOR GEO SECURE
SERVICES, LLC; MARK MELHORN; and
M. KOEGLER

/s/ *Heidi M. GROGAN*
HEIDI M. GROGAN, ESQUIRE
ATTORNEY FOR UNITED STATES OF
AMERICA

APPROVED BY THE COURT:

_____
J.  MAUREEN P. KELLY