Case 3:25-cv-00266-MPK    Document 48    Filed 02/12/26    Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jane Doe,

     Plaintiff,

    v.

United States of America; GEO Group, Inc.;
Mark Melhorn; and M. Koegler,

     Defendants.

:
:
:
:
:
:
:
:
:
:
:
:

No. 3:25-cv-00266-MPK

*Re: ECF No. 46*

### Order] Granting Motion for Admission *Pro Hac Vice* of Eleanor Carpenter

AND NOW, this __/3th__ day of __February__, 2026, upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Eleanor Carpenter and affidavit in support thereof, **IT IS ORDERED** that the motion is **GRANTED** and Eleanor Carpenter is hereby admitted to appear and to practice in this Court as counsel pro hac vice for Plaintiff Jane Doe in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

BY THE COURT:

MAUREEN P. KELLY
U.S. MAGISTRATE JUDGE